FILED

August 16, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____MR_____
Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v.<br><br>**HILARIO VASQUEZ III**<br><br>**Defendant** | **Case No: SA:23-CR-00426-OLG**<br><br>**INDICTMENT**<br><br>**COUNT 1:** 18 U.S.C. §§ 922(a)(6) & 924(a)(2) - False Statement in Connection with the Purchase of a Firearm<br><br>**COUNT 2:** 18 U.S.C. § 932 – Straw Purchasing of Firearms |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**[18 U.S.C. §§ 922(a)(6) & 924(a)(2)]**

On or about July 28, 2023, in the Western District of Texas, Defendant,

**HILARIO VASQUEZ III,**

in connection with the acquisition of a firearm, to wit, a Barrett Firearms, model M82A1, .50 caliber rifle, bearing serial number AA016350, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to said licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that **HILARIO VASQUEZ III** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer of the firearm indicated on the Form 4473, when in fact as he then knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

## COUNT 2
**[18 U.S.C. §§ 932]**

On or about July 28, 2023, in the Western District of Texas, Defendant,

**HILARIO VASQUEZ III,**

knowingly purchased and conspired to purchase a firearm, to wit: a Barrett Firearms, model M82A1, .50 caliber rifle, bearing serial number AA016350, in and affecting interstate and foreign commerce, for and on behalf of and at the request and demand of another person, knowing or having reasonable cause to believe that such other person meets the criteria of one or more paragraphs of 18 U.S.C. § 922(d), and that such other person intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony and a drug trafficking crime, and that such other person intended to sell and otherwise dispose of the said firearm to a person who meets the criteria of one or more paragraphs of 18 U.S.C. § 922(d) and intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony and a drug trafficking crime, all in violation of Title 18, United States Code, Section 932.

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
**[*See* Fed. R. Crim. P. 32.2]**

### Firearms Violation and Forfeiture Statutes
**[Title 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 932, subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]**

As a result of the criminal violations set forth in Counts One and Two, the United States of America gives notice to the Defendant **HILARIO VASQUEZ III** of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

2

**Title 18 U.S.C. § 924. Penalties**

**(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (a)(6) . . . of section 922 . . . or 933 . . . or knowing violation of section 924 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties:

1. Barrett Firearms, model M82A1, .50 caliber rifle, serial number AA016350; and
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR CHRISTOPHER K. MANGELS
Assistant United States Attorney